IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re Application of:

Anna Aleksandrovna Sergeeva, *a natural Person and Citizen of the Russian Federation*

Applicant.

Case No. 1:13-mi-101-SCJ-RGV

ORDER

Having considered Applicant Anna Aleksandrovna Sergeeva's ("Ms. Sergeeva") *Ex Parte Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Tribunal*, the Court **GRANTS** the Application.

The Court concludes that it has jurisdiction to grant the Application under 28 U.S.C. § 1782(a). The Court finds that Ms. Sergeeva is an "interested person" because she is a party to the Russian Federation litigation for which she seeks this discovery. Ms. Sergeeva is seeking discovery through a narrowly tailored document request and through deposition testimony, which is permissible discovery under Section 1782(a). The discovery that Ms. Sergeeva seeks is for her use in litigation before the Moscow City Court that is presently pending or within reasonable contemplation. And the entities from whom Ms. Sergeeva seeks

1113740.1

discovery—Trident Corporate Services, Inc. and Gabriella Pugh—reside or are found in the Northern District of Georgia.

In addition, for the reasons cited in the brief in support of Ms. Sergeeva's Application, all of the discretionary factors under *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

THEREFORE, it is **ORDERED** that:

(i) Ms. Sergeeva's Application for authorization to take discovery is **GRANTED**.

(ii) Ms. Sergeeva is **AUTHORIZED** under 28 U.S.C. § 1782(a) to seek discovery from Trident Corporate Services, Inc. and Gabriella Pugh pursuant to the Federal Rules of Civil Procedure by issuing and serving the proposed document and deposition subpoenas (in the form attached to the Application) on Trident Corporate Services, Inc. and Gabriella Pugh. Trident Corporate Services, Inc. shall produce the requested documents within 30 days of service of the subpoena, and Gabriella Pugh shall testify within 30 days of service of the subpoena.

(iii) Kelly Emery of Premier Reporting is hereby **APPOINTED** to administer any necessary oath and take the testimony or statement of Gabriella Pugh.

SO ORDERED, this 29th day of August, 2013.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Proposed Order Prepared By:
**BONDURANT, MIXSON & ELMORE, LLP**
Lisa R. Strauss
Fredric J. Bold, Jr.
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
*strauss@bmelaw.com*
*bold@bmelaw.com*

*Attorneys for Applicant Anna Aleksandrovna Sergeeva*