IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Application of:<br><br>Anna Aleksandrovna Sergeeva, *a natural Person and Citizen of the Russian Federation* | Case no. 1:13-mi-101-SCJ |

## ORDER

It is hereby **ORDERED** that this matter is again referred to Magistrate Judge Russell G. Vineyard.

**IT IS SO ORDERED**, this 30th day of September, 2013.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE